**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAMARA DEAN,

        Plaintiff,

v.   Case No.: 6:22-cv-1361-WWB-DCI

PETE AND GERRY'S ORGANICS, LLC,

        Defendant.

_____

## ORDER

THIS CAUSE is before the Court on the parties' Stipulation of Dismissal (Doc. 32), filed April 5, 2023. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on April 10, 2023.

*[Signature]*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record